No. 75–5301. FODDRELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5305. DICKINSON *v.* STRICKLAND ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5309. WEAVER *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5311. ALLUIS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–5322. DOUTHIT *v.* JONES, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 75–5326. SULLIVAN *v.* HANNON ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–5335. BROWN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 75–5338. KEES *v.* FRAME, WARDEN. Sup. Ct. Pa. Certiorari denied.

No. 75–5343. PRICE *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 75–5356. BURNETT *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 75–5358. BROADIE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–5360. CADENA *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 75–5371. MINK *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.